IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


BOBBY GENE SHEPARD                                              PLAINTIFF

v.                              Civil No. 04-2251

JO ANNE B. BARNHART, Commissoner
Social Security Administration                                 DEFENDANT

                              O R D E R

        Now on this 25th day of January, 2006, comes on for

consideration the **Magistrate Judge's Report and Recommendation**

(document #8), in this matter, to which no objections have been

made, and the Court, having carefully reviewed said Report and

Recommendation, finds that it is sound in all respects, and that

it should be adopted *in toto*.

        **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report**

**and Recommendation is adopted *in toto*.**

        **IT IS FURTHER ORDERED** that, for the reasons stated in the

Magistrate Judge's Report and Recommendation, the decision of the

ALJ is **reversed** and this case is **remanded to the Commissioner for**

**further consideration** pursuant to sentence four of 42 U.S.C.

§ 405(g).


                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE